ACCEPTED
01-15-00162-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 4:19:09 PM
CHRISTOPHER PRINE
CLERK

APPEALS #01-15-00162-CV

| | | |
|---|---|---|
| ANTHONY J. CANN<br>*Appellant* | )(<br>)(<br>)( | IN THE FIRST DISTRICT COURT |
| VS. | )(<br>)( | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>9/3/2015 4:19:09 PM<br>OF APPEALS<br>CHRISTOPHER A. PRINE<br>Clerk |
| HOMETOWN BANK, NA<br>*Appellee* | )(<br>)( | TEXAS |

## NOTICE OF NONSUIT WITHOUT PREJUDICE

To The Honorable Judge of Said Court:

Comes now, Anthony J. Cann, Appellant who files this Notice of Nonsuit without prejudice with respect to all claims in this action.

> **Respectfully Submitted**
> **THE MASTRIANI LAW FIRM**
> BY:*/s/ John V. Mastriani*
> **JOHN V. MASTRIANI**
> State Bar Number 13184375
> **CHRISTOPHER M. THORNHILL**
> State Bar Number 24059030
> PO Box 460174
> Houston, Texas 77056
> (713) 665-1777 Telephone
> (713) 665-2777 Facsimile
> service@mastrianilaw.com
> **Lead Attorney for Appellant**

1

## Certificate of Service

This is to certify that on the 3rd day of September 2015 pursuant to TRCP, a true and correct copy of the foregoing instrument has been delivered or forwarded to all parties and counsel of record by ( ) personal delivery or ( ) certified mail, return receipt requested, ( ) by regular mail, ( ) e-mail or (x) by telephonic document transfer to the attorney for the Appellee.

Jack C. Brook, SBN: 03040800
Andres "Andy" Soto, SBN: 24071128
Mills Shirley LLP
2228 Mechanic, St., Ste. 400
P.O. Box 1043
Galveston, Texas 77553
(409) 763-2341
(409) 763-2879 Fax

/s/ John V. Mastriani
JOHN V. MASTRIANI
CHRISTOPHER M. THORNHILL